Douglas S. Stanger (DS 5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| IN RE: | CAMDEN VICINAGE |
|---|---|
| McMichaels Pub & Grill, LLC, | Case No.: 16-31235 |
| Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

### NOTICE OF MOTION FOR AN ORDER AUTHORIZING TRUSTEE TO SELL DEBTOR'S PROPERTY

**i.) Authorizing the Chapter 7 Trustee to sell Liquor License #0414-33-026-010 and inventory / equipment on site, free and clear of all liens, pursuant to 11 U.S.C. §363(b) and §363(f); and ii.) Authorizing the Chapter 7 Trustee to pay, at closing, closing costs (including real estate commission)**

PLEASE TAKE NOTICE that the undersigned, attorneys for Douglas S. Stanger, Esquire, Chapter 7 Trustee for the Bankruptcy of McMichaels Pub & Grill, LLC, shall move before the Honorable Andrew B. Altenburg, Jr., U.S.B.J. at the United States Bankruptcy Court located at U.S. Post Office & Courthouse Building, 401 Market Street, Camden, New Jersey 08101, on December 19, 2017 at 10:00 a.m. or as soon thereafter as Counsel may be heard, on Motion for an Order Authorizing to Sell Debtor's Property.

In support of this Motion, reliance shall be placed upon the supporting certification filed herewith, and upon further documentary evidence and/or testimony, together with any legal argument which may be required at the hearing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

6480141 v1

If you do not want the Court to enter an Order authorizing the sale of the property, or if you want the Court to consider your views on the Motion, you must file with the Court a written response explaining your position by mailing it to:

Clerk of the Court
U.S. Bankruptcy Court
U.S. Post Office & Courthouse Building
P.O. Box 2067
Camden, New Jersey 08101-2067

You must also mail a copy to:

Douglas S. Stanger, Esquire
646 Ocean Heights Avenue
Suite 103
Linwood, New Jersey 08221

The response must be served no later than seven (7) days prior to the hearing date set forth herein, pursuant to D.N.J. LBR 9013-1(a).

Attend the hearing scheduled to be held on December 19, 2017 at 10:00 a.m. at the United States Bankruptcy Court, U.S. Post Office & Courthouse Building, 401 Market Street, Camden, New Jersey.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Oral argument is not requested and no brief is necessary, as it does not present complicated questions of fact or unique questions of law.

FLASTER/GREENBERG P.C.

/s/ Douglas S. Stanger
Douglas S. Stanger, Esquire

Date: November 28, 2017